**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

CHANCE PLUMMER,

Petitioner,

v. No. 25-cv-0954-KG-SCY

ATTORNEY GENERAL FOR
THE STATE OF NEW MEXICO, et al,

Respondents.

**ORDER TO ANSWER**

This matter is before the Court on Petitioner's amended 28 U.S.C. § 2254 habeas corpus petition (Doc. 2) (Amended Petition). Petitioner challenges his state drug convictions based on, inter alia, due process violations. Having reviewed the Amended Petition, the Court determines it must be resolved on a full record. The Court will also grant Petitioner's Motion to Proceed *In Forma Pauperis* (Doc. 3).

**IT IS ORDERED** that the Clerk shall mail copies of this Order and the Amended Petition (**Doc. 2**) to Respondent Attorney General of the State of New Mexico (AG) at the following address:

Attn: Federal Habeas Attorney(s)
New Mexico Department of Justice (formerly known as the Attorney General's Office)
Criminal Appeals Division
201 Third St. NW, Suite 300, Albuquerque, NM 87102

**IT IS FURTHER ORDERED** that the AG must answer the Amended Petition (**Doc. 2**) within **60 days** of entry of this Order. The answer must address the merits of Petitioner's claims and may also address any procedural issues such as exhaustion. The AG must attach to its answer copies of all pertinent filings from the state trial court, the state court of appeals, and the state

supreme court; including memoranda filed by both parties. The AG must also attach to the answer copies of all state post-conviction or appellate proceedings and any transcripts that are needed to resolve the claims. The Court may decline accept hearing minutes or similar documents in lieu of an official transcript of the state proceedings. In addition, all transcripts must be typewritten; the Court will not accept audio recordings in lieu of a written transcript.

**IT IS FURTHER ORDERED** that if Petitioner wishes to file an optional reply, he must do so within **30 days** after the AG's response is filed.

**IT IS FINALLY ORDERED** that Petitioner's Motion to Proceed *In Forma Pauperis* (**Doc. 3**) is **GRANTED**.

Steve Yarbrough

UNITED STATES MAGISTRATE JUDGE